Int. Cl.: 17

Prior U.S. Cl.: 1

**United States Patent and Trademark Office**  Reg. No. 1,916,424
Registered Sep. 5, 1995

## TRADEMARK
### PRINCIPAL REGISTER



NORTHERN TECHNOLOGIES INTERNATIONAL CORPORATION (DELAWARE CORPORATION)
6680 NORTH HIGHWAY 49
LINO LAKES, MN 55014

FOR: ANTICORROSIVE PLASTIC FILM USED FOR PACKAGING METALLIC PRODUCTS, FOR INDUSTRIAL AND CONSUMER USE, IN CLASS 17 (U.S. CL. 1).

FIRST USE 1-0-1979; IN COMMERCE 1-0-1979.

THE ACCOMPANYING DRAWING IS CROSS-HATCHED TO INDICATE THE COLOR YELLOW.
THE MARK CONSISTS OF THE COLOR YELLOW WHICH COVERS THE ENTIRE SURFACE OF THE GOODS. THE MATTER ON THE DRAWING SHOWN IN DOTTED LINES REPRESENTS THE POSITIONING OF THE MARK AND NO CLAIM IS MADE TO IT.
SEC. 2(F).

SER. NO. 74-438,851, FILED 9-21-1993.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT 1