

MetPro's yellow colored Climacor® film      NTI's yellow VCI Plastic Packaging Product

EXHIBIT 3